IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| In Re: | * | Case No. 15-30551 |
| --- | --- | --- |
| | | Judge John P. Gustafson |
| Birdstone, Inc. | * | Chapter 11 Proceeding |
| Debtor | * | |
| | * | |
| Dovetail, Ltd. | | Case No. 15-30553 |
| | * | Chapter 11 |
| Debtor | | |
| | * | |
| Alan W. Griffiths and Cheri L. Griffiths | * | Case No. 15-30552 |
| | | Chapter 11 |
| | * | |
| Debtors | | |
| * | * | * |

**MOTION OF DEBTORS SEEKING JOINT ADMINISTRATION
OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

     Now comes the Debtor, Birdstone, Inc., Dovetail, Ltd, and Alan W. Griffiths and Cheri L. Griffiths pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests this Court for an order administratively consolidating the proceeding, Birdstone, Inc. with that Dovetail, LLC. Case No. 15-30553 and that of Alan W. Griffiths and Cheri L. Griffiths, Case No. 15-30552, solely for procedural purposes (the "Application"); and in support thereof, respectfully represent as follows:

**Introduction**

     1.    On March 1, 2015 (the "Petition Date"), each of the Debtors has filed with the Clerk of this Court a voluntary petition for relief under chapter 11 of title 11, the United States Code (the "Bankruptcy Code").

## Jurisdiction

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Debtors' chapter 11 cases and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

3. By the Motion, the Debtors seek entry of an order directing the joint administration of their chapter 11 cases. The Debtors believe that, in light of the interrelated businesses and affiliated status of the Debtors, the joint handling of the administrative matters respecting these cases -- including, without limitation, the use of a single docket for matters occurring in the administration of the estates, the joint listing of filed claims and the combining of notices to creditors -- will aid in expediting these chapter 11 cases and rendering their administration more efficient and economic.

## Relevant Authority

6. Bankruptcy Rule 1015 provides, in relevant part, as follows:

> If a joint petition or two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order a joint administration of the estates.

7. Local Rule 1015-2 provides that related cases include cases in which the debtors are: identical individuals or entities, an individual and his spouse, a corporation and any major shareholder thereof and entities having substantial identity of financial interest or assets.

## Basis For Relief
## Interrelationship of Debtors

8. Birdstone, Inc., is an Ohio Corporation with its principal office located at 602 E. Perry St., Paulding, OH 45879. Dovetail, LLC, is an Ohio Limited Liability Company with its principal office located at 602 E. Perry St., Paulding, OH 45879. Both entities are solely owned by Alan W. Griffiths. Alan W. Griffiths and Cheri L. Griffiths, are individuals and husband and wife who reside at 755 Tom Tim Drive, Paulding, OH 45879.

9. When combined, the assets of Birdstone, Inc., Dovetail, LLC and the individually owned assets are utilized in the operation of numerous Residential and Commercial Rental Properties, a Storage Facility, Three (3) Convenience Stores, and a Restaurant (the "Businesses'") located in Paulding, Van Wert and Defiance Counties.

Dovestone is the titled owner of 8 parcels in Paulding County, Alan W. Griffiths and Cheri L. Griffiths own 81 parcels, with 67 in Paulding County, 7 parcels in Defiance County and 7 parcels in Van Wert County and Birdstone owns 42 parcels in Paulding County and 1 Parcel in Putnam County, a total of 118 Parcels.

10. The largest institutional lender and secured lender of the Debtors is First Federal Bank of the Midwest which has claims against all the Debtors, Birdstone, Dovetail and Alan and Cheri Griffiths as well as real property owned by each. The other secured lenders are Citizens National Bank, Sherwood Bank, Antwerp Exchange Bank, Farmers and Merchants State Bank, and The Henry County Bank with each having some mixed claims against the respective Debtors as well as property of the Debtors. All such lender is asset based solely on the real estate, but in many cases secured also by assignment of rents as to such real estate. However, no financing statements are of record as to any Debtor with exception of an equipment lease with Birdstone, Inc. in favor of TDK Refrigeration Leasing Co.

**Best Interest of Estates**

11. In light of the interrelationship among the Debtors, it is respectfully submitted that the joint administration of these cases, pursuant to Bankruptcy Rule 1015, will serve the best interests of the Debtors' estates and creditors generally. Specifically, the joint administration of these cases will avoid unnecessary costs and delay by eliminating duplicate filings with this Court, thereby facilitating the efficient and economic administration of the Debtors' cases. The joint handling will also make the reorganization process less costly and onerous for the Debtors and their Creditors. At the same time, the Debtors' respective creditors will not be adversely affected by the joint administration of these cases since joint administration is for procedural purposes only and will not affect a substantive consolidation of the Debtors' estates. This is particularly true as once the analysis of values as to real estate versus debt is completed, those relationship will be defined as to each Debtor. In fact, the reduced costs that will result from the joint administration of these cases will inure to the benefit of all creditors. The relief requested also will relieve the Court of the burden of entering duplicative orders and maintaining duplicative files, as well as simplify supervision of the administrative aspects of these chapter 11 cases by the Office of the United States Trustee. Moreover, each creditor may still file its claim against a particular estate.

12. Accordingly, the Debtors respectfully request that the Court modify the captions of their cases to reflect their joint administration, as follows:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In re :** | * | Chapter 11 Case No. |
| **BIRDSTONE, INC.,** *et al.*, | * | |
| **Debtors.** | * | : (Jointly Administered) |
| _____/ | | |

13. The Debtors seek the Court's direction that in each of the Debtors' cases, a notation substantially similar to the following notation be entered on the docket maintained by the Clerk of the Court to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Birdstone, Inc., Dovetail, Ltd. and Alan W. Griffiths and Cheri L. Griffiths. The docket in Case No. 15-30551 should be consulted for all matters affecting this case.

**Notice and Prior Application**

13. Notice of this Motion has been served on the United States Trustee and on all creditors of all Debtors in these proceedings.

14. Given the nature of the relief requested herein, the Debtors submit that no other or further notice need be given and would ask that the Court waive and dispense with the requirement set forth in local Bankruptcy Rule 9013-1(b) that a motion be accompanied by a memorandum of law.

14. No prior application for the relief requested herein has been made to this or any other Court.

**WHEREFORE**, the Debtors respectfully request that this Court enter an order in the form annexed hereto as Exhibit "A" (i) directing the joint administration of their respective chapter 11 cases; and (ii) granting such other and further relief as is just and proper.

Respectfully submitted,

DILLER & RICE, LLC.

        /s/Steven L. Diller
Steven L. Diller (0023320)
Attorneys for Debtor
124 E. Main Street
Van Wert, Ohio 45891
Telephone: (419) 238-5025
Facsimile: (419) 238-5064
steven@drlawllc.com

**NOTICE PURSUANT TO LOCAL RULE**

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion are filed with the Clerk of the Court and served on the moving party and the Office of the U.S. Trustee, objecting to the relief requested immediately, the Court may deem the opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice of hearing.

        /s/Steven L. Diller
Steven L. Diller

**CERTIFICATION**

    I, Steven L. Diller, do hereby certify that the Motion To Consolidate was mailed this 1st day of March, 2015, to the following by ordinary US mail or electronically.

        /s/Steven L. Diller
Steven L. Diller

Service List:

| | | |
|---|---|---|
| Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Bank of America<br>PO Box 15019<br>Paulding, OH 45879 | Capital One Bank<br>PO Box 6492<br>Carol Stream, IL 60197 |

| | | |
|---|---|---|
| Capital One Bank, USA N.A.<br>PO Box 6492<br>Carol Stream, IL 60197 | Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886 | Comenity - Peebles<br>PO Box 659465<br>San Antonio, TX 78265 |
| Dorothy Kibble<br>755 Tom Tim Dr.<br>Paulding, OH 45879 | Farmers & Merchants State Bank<br>PO Box 216<br>Archbold, OH 43502 | Farmers and Merchants State Bank<br>307-11 North Defiance Street<br>Archbold, OH 43502 |
| First Federal Bank<br>601 South Clinton St.<br>PO Box 248<br>Defiance, OH 43512 | First Federal Bank<br>601 Clinton St.<br>PO Box 248<br>Defiance, OH 43512 | Gary Foley<br>3416 Musser Drive<br>Lima, OH 45807 |
| Gary Selhorst<br>350 Thomas Ave.<br>Ottawa, OH 45875 | Kohl's Payment Center<br>PO Box 2983<br>Milwaukee, WI 53201 | Macy's<br>PO Box 183084<br>Columbus, OH 43218 |
| Menards<br>Capital One Commercial<br>PO Box 5219<br>Carol Stream, IL 60197 | Midwest Federal Credit Union<br>8770 Ohio 66<br>Defiance, OH 43512 | Paulding Auto Group<br>119 Williams St.<br>Paulding, OH 45879 |
| Paulding County Auto Group<br>119 S. Williams St.<br>Paulding, OH 45879 | Paulding County Commissioners<br>115 North Williams St. B-1<br>Paulding, OH 45879 | Paulding County Economic Develp.<br>101 E. Perry St.<br>Paulding, OH 45879 |
| Paulding Investments, LLC<br>634 E. Perry St.<br>Paulding, OH 45879 | Saneholtz-McKarns, Inc.<br>416 West Main Street<br>Montpelier, OH 43543 | Sherwood State Bank<br>105 N. Harrison Street<br>PO Box 4546<br>Sherwood, OH 43556 |
| State Bank and Trust<br>401 Clinton<br>PO Box 467<br>Defiance, OH 43512 | Stephen Hubbard<br>110 Clinton St.<br>Defiance, OH 43512 | The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 |

| The State Bank and Trust Co. | Tony and Kay Lanham | Valero |
| 401 Clinton Street | 105 W. Perry St. | 7201 Canyon Dr. |
| Defiance, OH 43512 | Paulding, OH 45879 | Amarillo, TX 79110 |

VISA
PO Box 30131
Tampa, FL 33630